








```
SMV    1/11/06    8:48
3:05-CV-02387    PATERSON V. WAL-MART STORES INC
*2*
*MO.*
```

cal__

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Paterson v. Wal-mart Stores                                    Case No: 05cv2387 L (AJB)

HON. Anthony J. Battaglia          CT. DEPUTY Yolanda Madueno              Rptr. _____

Present

Plaintiff(s): N/A

Defendant(s): N/A

This case is hereby ordered transferred to the case list of Magistrate Judge Adler.

New Case #: 05CV2387-L(JmA)

DATE: January 9, 2006                                        INITIALS YM Deputy

cc: Judge Lorenz
    Magistrate Judge Adler

05cv1049