















SMV    4/6/06    8:35

3:05-CV-02387    PATERSON V. WAL-MART STORES INC

*4*

*O.*

FILED

2006 APR -5 AH 8: 30

CLERK US ... COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PATERSON, | ) Case No. 05-CV-2387-L (JMA) |
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| WAL-MART STORES INC., | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the above-captioned matter shall be transferred to the calendar of the Honorable Barry Ted Moskowitz.  The new case number shall be 05-CV-2387-BTM (JMA).

**IT IS SO ORDERED.**

Dated: _April 4, 2006_

JAN M. ADLER
United States Magistrate Judge

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

HONORABLE M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL OF RECORD

05cv2387