















```
RYC    6/19/06    9:13
3:05-CV-02387   PATERSON V. WAL-MART STORES INC
*5*
*O.*
```

FILED
2006 JUN 16 AM 8:29
SOUTHERN DISTRICT OF ...
BY _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PATERSON,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC.,<br><br>        Defendant. | Case No. 05-CV-2387-BTM (JMA)<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on <u>**August 31, 2006**</u> at <u>**9:00 a.m.**</u> before Magistrate Judge Jan M. Adler. Counsel for each party shall appear telephonically at this conference. The Court will initiate the conference call.[1]

**IT IS SO ORDERED.**

Dated: June 15, 2006

JAN M. ADLER
United States Magistrate Judge

---

[1] Counsel shall contact Magistrate Judge Adler's law clerk at (619) 557-5585 in advance of the conference to provide the name(s) and telephone number(s) of the attorney(s) who intend to participate in the conference.

05cv2387

1  COPY TO:

2  HONORABLE BARRY TED MOSKOWITZ
   U.S. DISTRICT JUDGE
3
   ALL COUNSEL OF RECORD
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28