USDC SCAN INDEX SHEET

















KSR    7/25/06     8:07
3:05-CV-02387    PATERSON V. WAL-MART STORES INC
*6*
*O.*

1

FILED

2

06 JUL 21 AM 10: 03

3

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4

BY: _____ DEPUTY

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   SANDRA PATERSON,                    )  Case No. 05-CV-2387-BTM (JMA)
                                          )
12                      Plaintiff,        )  **ORDER SCHEDULING TELEPHONIC**
                                          )  **CASE MANAGEMENT CONFERENCE**
13   v.                                   )
                                          )
14   WAL-MART STORES INC.,                )
                                          )
15                      Defendant.        )
                                          )
16   ─────────────────────────           )

17

18       On the Court's own motion, **IT IS HEREBY ORDERED** that the

19   telephonic Case Management Conference scheduled for August 31,

20   2006 at 9:00 a.m. is rescheduled for **October 31, 2006** at **9:00**

21   **a.m.**  Counsel for each party shall appear telephonically at this

22   conference.  The Court will initiate the conference call.[1]

23       **IT IS SO ORDERED.**

24   Dated: _July 19 2006_          _____
                                     JAM M. ADLER
25                                   United States Magistrate Judge

26

27   ─────────────────

     [1]Counsel, if they have not done already, shall contact Magistrate
28   Judge Adler's law clerk at (619) 557-5585 in advance of the conference
     to provide the name(s) and telephone number(s) of the attorney(s) who
     intend to participate in the conference.

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD

05cv2387