UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case Nos. 02-CV-1671-BTM (JMA) |
| ) | 05-CV-2387-BTM (JMA) |
| METABOLIFE INTERNATIONAL, INC. ) | 06-CV-0180-BTM (JMA) |
| and ALPINE HEALTH PRODUCTS, ) | 06-CV-0645-LAB (JMA) |
| LLC, ) | |
| ) | |
| Debtors/Petitioners, ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference will be held before Magistrate Judge Jan M. Adler on **September 6, 2007** at **9:30 a.m.** in the following cases:

Holler v. Metabolife, 02-CV-1671-BTM (JMA)

Paterson v. Wal-Mart, 05-CV-2387-BTM (JMA)

Tims v. Wal-Mart, 06-CV-0180-BTM (JMA)

Kaempfe v. Chemins, 06-CV-0645-LAB (JMA)

By no later than August 30, 2007, counsel shall submit a brief status letter to the undersigned's chambers' e-mail address at efile_adler@casd.uscourts.gov regarding the status of each respective case. Counsel shall include in their letters the name and telephone number for each attorney planning to participate in

1 | the Case Management Conference.  The Court will initiate the
2 | conference call.
3 | **IT IS SO ORDERED**.
4 | DATED:  August 2, 2007

Jan M. Adler
U.S. Magistrate Judge