1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>METABOLIFE INTERNATIONAL, INC.<br>and ALPINE HEALTH PRODUCTS,<br>LLC,<br><br>　　　　Debtors/Petitioners, | Case Nos. 02-CV-1671-BTM (JMA)<br>　　　　　　05-CV-2387-BTM (JMA)<br>　　　　　　06-CV-0180-BTM (JMA)<br>　　　　　　06-CV-0645-LAB (JMA)<br><br>**ORDER RESCHEDULING TELEPHONIC<br>CASE MANAGEMENT CONFERENCE** |

　　　The parties have submitted status letters to the Court, as requested in the Court's August 2, 2007 Order, regarding the below-referenced cases:

　　　**1.　Holler v. Metabolife, 02-CV-1671-BTM (JMA)**

　　　The confirmation hearing for Metabolife International Inc.'s ("Metabolife's") bankruptcy plan is scheduled for September 10, 2007. If the bankruptcy plan is confirmed, the parties intend to seek a dismissal of this matter.

　　　**2.　Paterson v. Wal-Mart, 05-CV-2387-BTM (JMA)**
　　　**3.　Tims v. Wal-Mart, 06-CV-0180-BTM (JMA)**
　　　**4.　Kaempfe v. Chemins, 06-CV-0645-LAB (JMA)**

　　　These cases will be dismissed, if Metabolife's bankruptcy plan is confirmed, and/or will be transferred to the Multidistrict Litigation in the United States District Court for

1  the Southern District of New York ("MDL").
2       Having been advised of the status of these cases, the Court
3  hereby **VACATES** the telephonic Case Management Conference
4  scheduled for September 6, 2007 at 9:30 a.m.  Instead, the Court
5  will convene a telephonic Case Management Conference on **December**
6  **13, 2007** at **9:30 a.m.**  The conference will be taken off calendar
7  if the above cases are transferred or dismissed prior to that
8  time.
9       **IT IS SO ORDERED**.
10 DATED:   September 4, 2007

_____
Jan M. Adler
U.S. Magistrate Judge