UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY         :    04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :
------------------------------------------X
PERTAINS TO CASES LISTED BELOW

### ORDER CLOSING CASES INVOLVING METABOLIFE PRODUCTS

JED S. RAKOFF, U.S.D.J.

        The Clerk is directed to close the cases listed below
against Metabolife International Inc., its successors (including
MII Liquidation Inc.), and/or all other defendants named in such
cases, and to terminate any pending motions in those cases.  The
listed cases have been fully settled under the Metabolife
reorganization plan, which has been confirmed by final
non-appealable order of the Bankruptcy Court for the Southern
District of California.  The undersigned retains jurisdiction to
resolve any disputes between the plaintiffs in any such case as
regards distribution of the settlement proceeds or otherwise; if
there are no such disputes and the case has not otherwise been
dismissed with prejudice by order of this Court, the parties to
such case shall, upon satisfaction of the requirements of Case
Management Order No. 7, file with the Court a formal stipulation
of dismissal with prejudice.

MICROFILMED
FEB - 8 2008 -12:00 PM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-8-08

LIST OF CASES

1. <u>Ciceley Alexander v. Metabolife International, Inc.</u>, No. 05 Civ. 3026

2. <u>Anderson v. Metabolife</u>, No. 05 Civ. 9061

3. <u>Channin Atwood v. Metabolife Corp.</u>, No. 05 Civ. 5986

4. <u>Joseph Baity v. Metabolife</u>, No. 05 Civ. 6333

5. <u>Teresa Ball v. Muscletech</u>, No. 05 Civ. 3889

6. <u>Teresa Marie Belew v. Metabolife</u>, No. 05 Civ. 1020

7. <u>Bessie Bell v. Metabolife</u>, No. 05 Civ. 1003

8. <u>Steven Berry v. Metabolife International</u>, No. 06 Civ. 4483

9. <u>Collette Bierig v. Metabolife International</u>, No. 06 Civ. 4484

10. <u>Robert Bishop v. Metabolife</u>, No. 05 Civ. 5135

11. <u>Blevins v. Metabolife International</u>, No. , No. , No. 05 Civ. 4716

12. <u>James Bogart v. Metabolife International</u>, No. 05 Civ. 2478

13. <u>Marvin Bolds v. MII Liquidations</u>, No. 06 Civ. 4485

14. <u>Bonnette v. MII Liquidations</u>, No. 06 Civ. 4488

15. <u>Booth v. Alpine Health Products, LLC</u>, No. 06 Civ. 4521

16. <u>Barbara Bower v. Metabolife International</u>, No. 06 Civ. 1455

17. <u>Joel Brandt v. Metabolife Corp.</u> et al., No. 05 Civ. 5978

18. <u>Brandon Braner v. Metabolife International</u>, No. 06 Civ. 4470

19. <u>Brock v. Metabolife International</u>, No. 06 Civ. 1460

2

20. <u>Connie Brown v. Metabolife International</u>, No. 06 Civ. 6590

21. <u>Connie Brown v. MII International Inc</u>., No. 06 Civ. 4556

22. <u>David Brown v. MII Liquidations</u>, No. 06 Civ. 4489

23. <u>Debra Brown v. Metabolife International</u>, No. 05 Civ. 9053

24. <u>Kathleen Brown  v. MII Liquidations</u>, No. 06 Civ. 6638

25. <u>Samantha Brown v. MII Liquidations</u>, No. 06 Civ. 4486

26. <u>Alicia Brucato v. Metabolife Corp</u>., et al., No. 05 Civ. 5976

27. <u>Laurence Budwig v. Metabolife International, Inc</u>., No. 05 Civ. 5968

28. <u>Bunger v. Metabolife International</u>, No. 05 Civ. 4715

29. <u>Marcia Bunting v. Metabolife International</u>, No. 04 Civ. 9708 and No. 06 Civ. 4530

30. <u>Gerald Richard Bupte v. Metabolife International</u>, No. 06 Civ. 4482

31. <u>William Burton v. Metabolife International</u>, No. 04 Civ. 6815

32. <u>Daniel Byrne v. Metabolife</u>, No. 05 Civ. 6681

33. <u>Denise Cadet v. Metabolife International, Inc</u>., No. 04 Civ. 4222

34. <u>Hope Cagle v. Metabolife International</u>, No. 05 Civ. 2994

35. <u>John Robert Cain v. Wal-Mart Stores</u> et al., No. 06 Civ. 6621

36. <u>Roger Carsey v. Metabolife</u>, No. 05 Civ. 3906 and No. 06 Civ. 4532

37. <u>Patty Carss v. MII Liquidations</u>, No. 06 Civ. 4492

3

38.  James Carter v. MII Liquidations, No. 06 Civ. 6646

39.  Michael Carter v. Metabolife International, Inc., No. 04 Civ. 4284

40.  Lydia Casillas v. MII Liquidations, No. 06 Civ. 4491

41.  Betty Castagne v. Metabolife International, Inc., No. 05 Civ. 3016

42.  Dennis Chaney v. Metabolife International, No. 06 Civ. 1457

43.  Max Clark v. Metabolife, No. 05 Civ. 9650

44.  Angie Corrasco v. MII Liquidations, No. 06 Civ. 6650

45.  Aubrey Gerald Crawford v. Metabolife International, No. 05 Civ. 4058

46.  Dorothy Eileen Crisp v. Metabolife International, No. 04 Civ. 7639

47.  Shelia Davis v. Metabolife International Inc., No. 06 Civ. 4518 and No. 06 Civ. 1687

48.  Jack Dean v. MII Liquidations, No. 06 Civ. 4494

49.  Michelle Deaver v. MII Liquidations, No. 06 Civ. 4493

50.  Nicole Delva v. Metabolife International, Inc., No. 05 Civ. 5981

51.  Xiuhui Deng v. Metabolife International, Inc., No. 05 Civ. 3027

52.  Kim Doll v. MII Liquidations, No. 06 Civ. 4505

53.  Stella Marie Drewing v. Metabolife International, Inc., No. 04 Civ. 4274

54.  Barbara Dunham v. Metabolife International, No. 04 Civ. 6821

55.  Mark Durbin v. Metabolife, No. 05 Civ. 6686

56.  Durham v. Metabolife International, No. 06 Civ. 4471

4

57. <u>Deborah Ehing v. Metabolife International, Inc.</u>, No. , No. 05 Civ. 5984

58. <u>Susie Estedes v. Metabolife International, Inc.</u>, No. 05 Civ. 5972

59. <u>M. Timothy Evers v. Metabolife</u>, No. 05 Civ. 0157

60. <u>Ewing v. Metabolife International Inc.</u>, No. 06 Civ. 4550

61. <u>Janice Farmer v. Metabolife International</u>, No. 04 Civ. 8206

62. <u>Horace Ferrell v. Metabolife International, Inc.</u>, No. 04 Civ. 4231

63. <u>Fisk v. Metabolife International, Inc.</u>, No. 07 Civ. 3895

64. <u>Lauren Floro v. Metabolife</u>, No. 05 Civ. 3896

65. <u>Susan Foley v. Metabolife</u>, No. 05 Civ. 9055

66. <u>Foretich v. Metabolife International</u>, No. 05 Civ. 4713

67. <u>Edward Foster v. Metabolife International</u>, No. 06 Civ. 1466

68. <u>Kathy Foster v. Metabolife</u>, No. 05 Civ. 1023

69. <u>Judy Franklin v. Metabolife International</u>, No. 06 Civ. 4474

70. <u>Deborah Freeman v. Metabolife</u>, No. 05 Civ. 3905

71. <u>Deborah Freeman v. Alpine Health Products, LLC</u>, No. 06 Civ. 4538

72. <u>Dee Dee Friddle v. Metabolife International</u>, No. 06 Civ. 1451

73. <u>Sherry Fuss v. Metabolife International</u>, No. 06 Civ. 4467

74. <u>Isabel Garza v. MII Liquidations</u>, No. 06 Civ. 4544

75. <u>Charlene Gaston v. Metabolife International, Inc.</u>, No.

04 Civ. 3565

76. <u>Richard Geist v. Metabolife International, Inc.</u>, No. 04 Civ. 4243

77. <u>Gentry v. Metabolife International</u>, No. 06 Civ. 4477

78. <u>Michael Glinn v. Metabolife International</u>, No. 05 Civ. 3000

79. <u>Brenda Graves v. Metabolife</u>, No. 05 Civ. 3881

80. <u>Monica Green v. MII Liquidations</u>, No. 06 Civ. 6596

81. <u>William Green v. Metabolife International</u>, No. 05 Civ. 8402

82. <u>Gupreet Gyani v. Metabolife International</u>, No. 05 Civ. 2367

83. <u>Jean Hargis v. Metabolife International Inc.</u>, No. 06 Civ. 4510

84. <u>Harrison v. Metabolife International Inc.</u>, No. 06 Civ. 4558

85. <u>John Paul Hawkins v. Metabolife International</u>, No. 06 Civ. 1467 and No. 06 Civ. 6592

86. <u>Joyce Hayes v. Metabolife</u>, No. 05 Civ. 1014

87. <u>Hollerbach v. Metabolife Int'l.</u>, No. 04 Civ. 9709

88. <u>Debbie K. Holmer v. Metabolife International</u>, No. 05 Civ. 2477

89. <u>Barbara Hudson v. Metabolife</u>, No. 05 Civ. 0143

90. <u>Norma Hughes v. Metabolife International Inc.</u>, No. 06 Civ. 4555

91. <u>Hutchinson v. Metabolife International</u>, No. 06 Civ. 4478

92. <u>Hutson v. Metabolife International Inc.</u>, No. 06 Civ. 4560

93. <u>Justin Hutton v. Metabolife International Inc.</u>, No. 06

Civ. 4519

94.  <u>Chris Ivanoff v. The Chemins Company, Inc</u>., No. 06 Civ. 4506

95.  <u>Sheila Jackson v. Metabolife International, Inc</u>., No. 04 Civ. 4277

96.  <u>Shelly Jackson v. Metabolife International</u>, No. 06 Civ. 4472

97.  <u>Opal Jenkins v. Metabolife International</u>, No. 06 Civ. 1464

98.  <u>Carolyn Jones v. Metabolife International, Inc</u>., No. 05 Civ. 4709

99.  <u>Carolyn Jones v. Alpine Health Products, LLC</u>, No. 06 Civ. 4535

100.  <u>Kaempfe v. Chemins</u>, No. 07 Civ. 9248

101.  <u>Richard Kasko v. Metabolife International, Inc</u>., No. 04 Civ. 4261

102.  <u>Diane Keister v. MII Liquidations</u>, No. 06 Civ. 6644 and No. 06 Civ. 6656

103.  <u>Stella Kelley v. MII Liquidations</u>, No. 06 Civ. 4557

104.  <u>Theresa Kelley v. Metabolife International Inc</u>., No. 06 Civ. 4528

105.  <u>Beverly King v. Metabolife International, Inc</u>., No. 05 Civ. 5966

106.  <u>Debra Kline v. Metabolife International, Inc</u>., No. ~~03~~ 04 (RL)
Civ. 3351

107.  <u>Terry Kress v. Metabolife</u>, No. 05 Civ. 3882

108.  <u>Lydia Kuchefski v. MII Liquidations</u>, No. 06 Civ. 6595

109.  <u>Kujat v. Metabolife International</u>, No. 06 Civ. 4479

110.  <u>Robert Kundrat v. Metabolife International, Inc</u>., No. 04 Civ. 4249

111.  <u>Kundrat v. Alpine Health Products</u>, No. 06 Civ. 4534

112.  <u>Tracey Larosa v. Walmart</u>, No. 05 Civ. 1004

113.  <u>Joshua Lang v. Metabolife International</u>, No. 05 Civ. 2472

114.  <u>Germalita Lee v. MII Liquidations</u>, No. 06 Civ. 6597

115.  <u>Francine Lewicki v. Metabolife</u>, No. 05 Civ. 3883

116.  <u>Bruce Lewis v. Metabolife</u>, No. 05 Civ. 1022

117.  <u>Leatrice Lewis v. Metabolife International</u>, No. 06 Civ. 1474

118.  <u>Linda Lou Linnell v. MII Liquidations</u>, No. 06 Civ. 6598

119.  <u>Linda Llewellyn v. Metabolife International</u>, No. 06 Civ. 1449

120.  <u>Leo Longoria v. Metabolife International</u>, No. 04 Civ. 8317

121.  <u>Martha Lopez v. MII Liquidations</u>, No. 06 Civ. 6637

122.  <u>Otto Loser v. MII Liquidations</u>, No. 06 Civ. 6608

123.  <u>Karen Lott v. Metabolife International</u>, No. 04 Civ. 6834

124.  <u>Juan Antonio Lozano v. Metabolife International</u>, Inc., No. 04 Civ. 4282

125.  <u>Lujan v. Metabolife International</u>, No. 06 Civ. 1468

126.  <u>Sharon Maddox v. Metabolife International, Inc</u>., No. 05 Civ. 3014

127.  <u>Joann Maloney v. Metabolife International</u>, No. 06 Civ. 1454

128.  <u>Dorothy Manuel v. Metabolife International Inc</u>., No. 06 Civ. 4561

129.  <u>Markowski v. Metabolife</u>, No. 05 Civ. 9060

130. Michelle Martin v. Metabolife, No. 05 Civ. 9056

131. Gerald Martino v. Metabolife, No. 05 Civ. 6688

132. Charlene Marty v. Metabolife, No. 05 Civ. 6836

133. Pamela Mason v. MII Liquidations, No. 06 Civ. 6635

134. Linda Mauldin v. Metabolife International, No. 04 Civ. 6827

135. Melissa Maxwell v. MII Liquidations, No. 06 Civ. 6607

136. Ellen Mayfield v. Metabolife, No. 05 Civ. 0142

137. Cheryl McClure v. Metabolife International, No. 04 Civ. 9357

138. McCollom v. Metabolife International, No. 05 Civ. 4702

139. McDowell v. Metabolife International Inc., No. 06 Civ. 4562

140. Peggy McGuire v. Metabolife, No. 04 Civ. 5476

141. Ana Mejia v. MII Liquidations, No. 06 Civ. 6613

142. Benita Miller v. Metabolife International, No. 06 Civ. 4469

143. Michelle Miller v. Metabolife International, No. 06 Civ. 4515

144. Kristen Mireles v. MII Liquidations, No. 06 Civ. 6600

145. Rebecca Dale Missino v. Metabolife International, Inc., No. 05 Civ. 5975

146. Chad Morgan v. Metabolife International, Inc., No. 05 Civ. 3015

147. Dora Morris v. Metabolife International, Inc., No. 06 Civ. 1453

148. Darla K. Morrissey v. Metabolife, No. 05 Civ. 3892

149. Bobby Allen Moser v. Metabolife International, No. 06 Civ. 4465

150. Roy Douglas Murray v. Metabolife International, No. 04 Civ. 6817

151. Susanne Nash v. MII Liquidations, No. 06 Civ. 4509

152. Patricia Naugle v. Metabolife International, No. 06 Civ. 1450

153. Marshall Neel v. MII Liquidations, No. 06 Civ. 6616

154. Hollis Neeley v. Metabolife International, No. 06 Civ. 4468

155. Hollis Neely v. MII Liquidations, No. 06 Civ. 4533

156. Michelle Nelsen v. Wal Mart Stores, Inc., No. 05 Civ. 3023

157. Edmond Joseph Neville v. Metabolife International Alpine, No. 06 Civ. 4569

158. Nhai Nguyen v. Metabolife International Inc., No. 06 Civ. 4525

159. Sylvia Norman v. Metabolife, No. 05 Civ. 6687

160. Novosel v. Metabolife International, No. 05 Civ. 4700

161. Amber Ramirez v. Metabolife, No. 05 Civ. 0155

162. Claudia Ibarra Ortegon v. Metabolife International, Inc., No. 04 Civ. 4281

163. Katonya Outlaw v. MII Liquidations Inc. et al., No. 06 Civ. 6630

164. Johnny Parks v. Metabolife International, No. 05 Civ. 4703

165. Paterson v. Wal-Mart Stores, Inc., No. 07 Civ. 9247

166. Henry Patterson v. Metabolife, No. 05 Civ. 3901

167. Duane Paul v. MII Liquidations, No. 06 Civ. 6599

168. Millicent Perkins v. MII Liquidations, No. 06 Civ. 6640

169. Thomas Michael Pettis v. Metabolife International, No. 04 Civ. 7625

170. Diane Pitts v. MII Liquidations, No. 06 Civ. 6651

171. Gerald Portillo v. Metabolife International, Inc., No. 04 Civ. 4239

172. Audrey Quaile v. Metabolife, No. 05 Civ. 1009

173. Ronald Raines v. Metabolife International, No. 06 Civ. 4466

174. Abraham Ramirez v. Metabolife International Inc., No. 06 Civ. 4541

175. Fred Rather v. Metabolife International, No. 04 Civ. 8306

176. Fred Rather v. Alpine Health Products, LLC, No. 06 Civ. 4523

177. Reinel v. Metabolife International Inc., No. 06 Civ. 4566

178. Cynthia Reynolds v. Metabolife, No. 05 Civ. 3897

179. Rhodes v. Metabolife International Inc., No. 06 Civ. 4565

180. Charles Richards v. Metabolife International Inc., No. 06 Civ. 4559

181. Brandon Richardson v. Metabolife International, No. 04 Civ. 6844

182. Rhealene Robertson v. Metabolife International, No. 05 Civ. 3013

183. Michelle Ronyak v. Metabolife International Inc., No. 06 Civ. 4531

184. Mearlean Ross v. Metabolife, No. 05 Civ. 0146

185. Duane Rowe v. Metabolife International, Inc., No. 04 Civ. 4253

186. Melissa Rubio v. Metabolife International, Inc., No.

05 Civ. 5967

187. <u>Ken Rutherford v. Metabolife</u>, No. 05 Civ. 0150

188. <u>Sarvis v. Metabolife International, Inc.</u>, 07 Civ. 4625

189. <u>Marol Scheffert v. Metabolife</u>, No. 05 Civ. 6831

190. <u>Mark Schmidt v. Metabolife International, Inc.</u>, No. 04 Civ. 4220

191. <u>Rebecca Schrader v. Metabolife International, Inc.</u>, No. 04 Civ. 4270

192. <u>Kevin Scrivener v. Metabolife</u>, No. 05 Civ. 6837

193. <u>David Sells v. TL Administration</u>, No. 04 Civ. 6103

194. <u>Michelle Sheard v. MII Liquidations</u>, No. 06 Civ. 6648

195. <u>Cynthia Sides v. MII Liquidations</u>, No. 06 Civ. 6647

196. <u>Rosie Skinner v. Metabolife</u>, No. 05 Civ. 0156

197. <u>Dawn Smith v. Metabolife</u>, No. 05 Civ. 6334

198. <u>Waunita Smith v. Metabolife International</u>, No. 06 Civ. 4512

199. <u>Carol Smith v. Metabolife International</u>, No. 06 Civ. 1463

200. <u>Lisa Snyder v. Metabolife</u>, No. 05 Civ. 0139

201. <u>Artis Starks v. MII Liquidations</u>, No. 06 Civ. 4568

202. <u>Scott Strother v. Metabolife International</u>, No. 06 Civ. 4480 and No. 06 Civ. 4537

203. <u>Ana Gabraiella Suarez v. Metabolife International</u>, No. 04 Civ. 6841

204. <u>Christopher Scott Surratt v. Metabolife</u>, No. 05 Civ. 1017

205. <u>Irene Talavera v. Metabolife International</u>, No. 04 Civ. 6820

206.  Linda Taylor v. MII Liquidations, No. 06 Civ. 6624

207.  Flossie Thibodaux v. Metabolife International, Inc.,
      No. 04 Civ. 4250

208.  James Thomas v. Metabolife International, No. 04 Civ.
      7628

209.  June Thomas v. Metabolife International, No. 04 Civ.
      7501

210.  Linda Thompson  v. MII Liquidations, No. 06 Civ. 6649

211.  Thuernau v. Metabolife International, No. 04 Civ. 7634

212.  Thomas Tims v. Metabolife International Inc., No. 06
      Civ. 4526

213.  James Tiskevich v. Metabolife, International, No. 04
      Civ. 6772

214.  Barbara Todd v. Metabolife, No. 05 Civ. 3899

215.  Gary Townsend v. Metabolife International, Inc., No.
      04 Civ. 2890

216.  Alison Troutman v. Metabolife International, No. 04
      Civ. 7629

217.  Kathleen Tutka v. Metabolife International, No. 04
      Civ. 6816

218.  Gregory Van Buren v. Metabolife International, No. 04
      Civ. 8209

219.  Sergio Vasquez v. Metabolife, No. 05 Civ. 1019

220.  Peter Vertigans v. MII Liquidations, No. 06 Civ. 6642

221.  Damon Violette v. Metabolife International, Inc., No.
      04 Civ. 4251

222.  James Vnecak v. Metabolife International, No. 04 Civ.
      6829

223.  Donald Wallen v. Metabolife, No. 05 Civ. 6832

224.  Willie Marie Waltman v. Metabolife International, No.

04 Civ. 6818

225. <u>Michael Waltman v. Metabolife International</u>, No. 05
Civ. 4705

226. <u>Warnecker v. Metabolife</u>, No. 05 Civ. 9058

227. <u>Edward Watkins v. Metabolife</u>, No. 05 Civ. 1010

228. <u>Kathleen Watkins v. MII Liquidations</u>, No. 06 Civ. 6623

229. <u>Charles Watson v. Metabolife International, Inc.</u>, No.
04 Civ. 4278

230. <u>William Watson v. Metabolife International</u>, No. 05
Civ. 4693

231. <u>Beverly Webb v. MII Liquidations</u>, No. 06 Civ. 6633

232. <u>Cynthia Weeks v. Metabolife International, Inc.</u>, No.
04 Civ. 4221

233. <u>Linda Katie Wellman v. Metabolife International, Inc.</u>,
No. 04 Civ. 4273

234. <u>Willard Westfall v. Metabolife International, Inc.</u>,
No. 04 Civ. 4255

235. <u>Derrell Whitfield, Sr. v. Metabolife International</u>,
Inc., No. 05 Civ. 3017

236. <u>Derrell Whitfield Sr. v. MII Liquidations</u>, No. 06 Civ.
6615

237. <u>Saylor Wilfong v. Metabolife</u>, No. 05 Civ. 0160

238. <u>Sharon Williams v. Metabolife International</u>, No. 04
Civ. 7638

239. <u>Constance Wittnoben v. MII Liquidations</u>, No. 06 Civ.
6628

240. <u>Collen Wolter v. MII Liquidations</u>, No. 06 Civ. 6634

241. <u>Jerry Wood v. Metabolife International, Inc.</u>, No. 04
Civ. 4245

242. <u>Paul Wright v. Metabolife</u>, No. 04 Civ. 4035

243.  <u>Teri Wyrick v. MII Liquidations</u>, No. 06 Civ. 6639

SO ORDERED.

Dated: New York, New York
       February 7, 2008

_____
JED S. RAKOFF, U.S.D.J.